UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HUEY MATTHEW MOONEY, III | CIVIL ACTION |
| versus | NO. 11-3008 |
| STEVE RADER, WARDEN | SECTION: "N" (1) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on March 6, 2012 (Rec. Doc. No. 12), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Huey Matthew Mooney, III**, for *habeas corpus* relief is **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 12th day of March, 2012.

UNITED STATES DISTRICT JUDGE